UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| David Michael Babins,<br><br>    Plaintiff,<br><br>v.<br><br>Douglas A. Collins,<br><br>    Defendant(s). | Case No. 2:25-cv-02620-CDS-NJK<br><br>**Order**<br><br>[Docket No. 2] |

Pending before the Court is Plaintiff's motion to be permitted to file electronically. Docket No. 2. A *pro se* litigant may request authorization to register as electronic filers in a specific case. Local Rule IC 2-1(b). Plaintiff's motion is **GRANTED** subject to the following:

- No later than January 30, 2026, Plaintiff must file a certification that he is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1]
- Plaintiff is not authorized to file electronically until said certification is filed within the timeframe specified above.
- Upon timely filing of the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: January 9, 2026

Nancy J. Koppe
United States Magistrate Judge

---

[1] The Electronic Case Filing Procedures and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.

1