# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

David Michael Babins,

    Plaintiff(s),

v.

Douglas A. Collins,

    Defendant(s).

Case No. 2:25-cv-02620-CDS-NJK

**Order**

[Docket Nos. 23, 24, 25]

Pending before the Court is Plaintiff's motion for leave to file a third amended complaint, Docket No. 23, along with a proposed third amended complaint, Docket No. 23-1. Also pending before the Court is another motion for leave to file a revised proposed third amended complaint, Docket No. 24, along with another proposed third amended complaint, Docket No. 24-1. Also pending before the Court is a stand-alone "third amended complaint," which was docketed as a motion for leave to amend. Docket No. 25.[1] For the reasons discussed below, these motions are **DENIED** without prejudice.

First, it is not entirely clear why Plaintiff seeks the same or very similar relief in three separate filings made in quick succession. Plaintiff is advised against filing duplicative and repetitive motions. If Plaintiff believes a certain type of relief is warranted, he should file one motion seeking that relief. Filing three separate requests in quick succession hinders the Court's consideration of the request and the advancement of the case more generally.

Second, Plaintiff has filed three different proposed "third amended complaints." Docket Nos. 23-1, 24-1, 25. A proposed amended complaint must be complete in and of itself. Local Rule 15-1(a). The Court cannot piece together different documents to create a pleading. *See, e.g.,* *Fletcher v. Dreesen*, 2023 WL 8933590, at *1 (D. Nev. Dec. 27, 2023). Moreover, it is not clear which of these proposed pleadings it is that Plaintiff seeks to proceed upon.

---

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

Third, the motion at Docket No. 24 is not signed.  Plaintiff is advised that he must sign the motions that he files.  Fed. R. Civ. P. 11.

Accordingly, the Court **DENIES** without prejudice the motions for leave to amend.  Docket Nos. 23, 24, 25.  If Plaintiff seeks further amendment of his complaint, he must seek that relief <u>one</u> time and must submit <u>one</u> proposed third amended complaint that is complete in and of itself.

IT IS SO ORDERED.

Dated: March 9, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2