# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DAVID MICHAEL BABINS,

    Plaintiff,

v.

DOUGLAS A. COLLINS,

    Defendant.

Case No. 2:25-cv-02620-CDS-NJK

**Order**

[Docket No. 72]

Pending before the Court is Plaintiff's proposed discovery plan.[1]  Docket No. 72.

The discovery process is meant to be a cooperative endeavor, *see Cardoza v. Bloomin' Brands, Inc.*, 141 F. Supp. 3d 1137, 1145 (D. Nev. 2015), and is subject to an overriding limitation of good faith, *Asea, Inc. v. S. Pac. Transp. Co.*, 669 F.2d 1242, 1246 (9th Cir. 1981).  Those same requirements apply to the creation and submission of a joint discovery plan.  *See* Local Rule 26-1(a).  Parties are expected to comply with the Local Rules and **cooperate** with one another to create and submit a joint discovery plan and scheduling order.  The instant plan does not adhere to the requirement that the discovery plan be filed jointly.  Docket No. 72.  Further, the plan fails to include the signature of Defendant's counsel.  S*ee* Local Rule IC 5-1(d) ("Where a filer plans to electronically file a document containing signatures of more than one party or attorney, the filer must obtain either the original signature or consent to apply the "/s/[name]" signature of each party or attorney").

Accordingly, the Court **DENIES** the instant plan without prejudice.  Docket No. 72.  The parties are **ORDERED** to submit a joint proposed discovery plan by July 2, 2026.

IT IS SO ORDERED.

Dated: June 25, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court notes that the first page of the proposed plan is improperly formatted. *See* Local Rule IA 10-2.  All future filings must comply with the Local Rules.