**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

David Michael Babins,
Plaintiff(s),
v.
Douglas A. Collins,
Defendant(s).

Case No. 2:25-cv-02620-CDS-NJK

**Order**

[Docket No. 62]

In light of Plaintiff's latest motion for leave to amend, Docket No. 86, the Court **DENIES** as moot Plaintiff's earlier motion for leave to amend, Docket No. 62.

IT IS SO ORDERED.

Dated: July 16, 2026

Nancy J. Koppe
United States Magistrate Judge