**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

David Michael Babins,

Plaintiff(s),

v.

Douglas A. Collins,

Defendant(s).

Case No. 2:25-cv-02620-CDS-NJK

**Order**

[Docket Nos. 75, 77]

Pending before the Court is Defendant's motion to stay discovery pending resolution of his motion to dismiss, Docket No. 75; *see also* Docket No. 76 (corrected image), as well as the parties' proposed discovery plan, Docket No. 77. The pleadings are not yet settled in this case. Most recently, the Court granted Plaintiff leave to further amend the complaint, which resulted in denial without prejudice of Defendant's pending motion to dismiss. Docket No. 90. Given that Defendant has not yet responded to the now-operative complaint, it is unclear whether discovery should proceed. *Cf. Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 582-83 (D. Nev. 2013) (explaining a magistrate judge's preliminary peek). Accordingly, the Court **DENIES** without prejudice both the motion to stay discovery and the discovery plan. In the event Defendant seeks dismissal of the third amended complaint, any request to stay discovery must be filed within seven days of that motion. If a motion to stay discovery is filed, the Court will hold in abeyance the deadline to file a joint proposed discovery plan. If a motion to stay discovery is not filed, the parties must file a joint proposed discovery plan within 14 days of Defendant filing a response to the third amended complaint.

IT IS SO ORDERED.

Dated: July 24, 2026

Nancy J. Koppe
United States Magistrate Judge