**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

David Michael Babins,
Plaintiff(s),
v.
Douglas A. Collins,
Defendant(s).

Case No. 2:25-cv-02620-CDS-NJK

**Order**

[Docket No. 96]

A request to stay discovery seeks significant relief for which the movant bears a heavy burden requiring a strong showing. *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013) (citing *Turner Broadcasting Sys., Inc. v. Tracinda Corp.,* 175 F.R.D. 554, 556 (D. Nev. 1997)). Pending before the Court is Defendant's barebones motion to stay discovery, which consists of a little more than two pages of text, does not include an "argument" section, and is insufficiently developed for Defendant to carry his heavy burden of making a strong showing. Docket No. 96. Accordingly, the Court **DENIES** without prejudice Defendant's motion to stay discovery. Any renewed request for this relief must be filed by August 11, 2026, and must include robust argument and discussion.

IT IS SO ORDERED.

Dated: August 4, 2026

Nancy J. Koppe
United States Magistrate Judge